IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>JEREMY S. NOE,  )<br>  )<br>        Defendant.  ) | 8:07CR250<br><br>**SCHEDULING ORDER** |

     Before the court is defendant's Motion to Continue [7] the initial appearance set for July 24, 2008. The motion is granted and the initial appearance of the defendant is continued to **July 28, 2008** at **10:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

     IT IS SO ORDERED.

     Since this is a criminal case, the defendant must be present, unless excused by the Court.

     DATED this 24th day of July, 2008.

                                                BY THE COURT:

                                                s/ F.A. Gossett<br>
                                                United States Magistrate Judge