IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:08CR250 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEREMY S. NOE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, the defendant's oral motion for trial is granted. Jury trial for the defendant, Jeremy S. Noe, is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **January 12, 2009, at 8:30 a.m.** Since this is a criminal case, the defendant shall be present, unless excused by the court. The time between today's date and January 12, 2009 is excluded under the Speedy Trial Act in the interest of justice.

DATED this 26th day of November, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge