## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 8:08CR250 |
| vs. | ORDER |
| **JEREMY S. NOE,** | |
| Defendant. | |

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until February 28, 2009.

**IT IS SO ORDERED.**

Dated this 13th day of January, 2009.

BY THE COURT:

**s/ Joseph F. Bataillon**
JOSEPH F. BATAILLON, Chief Judge
United States District Court.