IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR250 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEREMY S. NOE, a/k/a JEREMY S. BENNETT-NOE, | ) ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion for Mental and Psychosexual Evaluation (Filing No. 68). After considering the matter,

IT IS ORDERED:

1. Defendant's motion is granted insofar as the defendant is granted permission to make his own arrangements for such evaluation. If the defendant wishes the court to order a Bureau of Prisons evaluation, he must file a motion making this specific request.

2. Sentencing is continued to **May 28, 2009, at 2:30 p.m.,** Courtroom 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. The deadline to file objections to the Presentence Investigation Report and for motions for departure and/or variance is extended until one week before sentencing.

DATED: April 10, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge